**COMMERCIAL WATERPROOFING, INC., Respondent,**

v.

**COSADA GARDENS, INC., et al., Appellants.**

**No. WD 44252.**

Missouri Court of Appeals, Western District.

Sept. 24, 1991.

Abe Shafer, Weston, for appellants.

Dick Fickle, Platte City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Defendants appeal from judgment in favor of plaintiff in an action on account.

The judgment is affirmed. Rule 84.16(b).